Reuben Chen (228725)
rchen@cooley.com
Lam Nguyen (265285)
lnguyen@cooley.com
Priya Arora (301207)
parora@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5505
Facsimile: (650) 849-7400

*Attorneys for Defendant*
CANTO SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rothschild Patent Imaging, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Canto Software, Inc.,<br><br>Defendant. | Case No. 3:20-cv-02831<br><br>**CANTO SOFTWARE, INC.'S FEDERAL RULES OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**<br><br>Hon. James Donato |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Canto Software, Inc. ("Canto") hereby states that (i) it is wholly owned by parent corporation, Canto, Inc., and (ii) no publicly-held corporation owns 10% or more of the stock in Canto.

Dated: July 14, 2020

By: /s/ Reuben Chen
Reuben Chen (228725)
rchen@cooley.com
Lam Nguyen (265285)
lnguyen@cooley.com
Priya Arora (301207)
parora@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5505
Facsimile: (650) 849-7400

*Attorneys for Defendant*
CANTO SOFTWARE, INC.